**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VALERIO LIMON-GUERRERO, | No.    15-71030 |
| Petitioner, | Agency No. A200-630-750 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 25, 2016[**]

Before:     LEAVY, SILVERMAN, and GRABER, Circuit Judges.

Valerio Limon-Guerrero, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order summarily affirming an immigration

judge's order denying his motion to reopen removal proceedings.  We have

jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the denial of

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

a motion to reopen and review de novo claims of due process violations. *Cano-Merida v. INS*, 311 F.3d 960, 964 (9th Cir. 2002). We deny the petition for review.

The agency did not abuse its discretion or violate due process in denying Limon-Guerrero's motion to reopen, where Limon-Guerrero did not establish that his decision to accept voluntary departure and waive his right to appeal was not knowing, intelligent, and voluntary. *See* 8 C.F.R. § 1003.23(b)(3) (requirements for motion to reopen); *Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error and prejudice to prevail on a due process claim); *United States v. Ubaldo-Figueroa*, 364 F.3d 1042, 1048 (9th Cir. 2004) (waiver of right to appeal a removal order does not comport with due process when it is not "considered and intelligent" (internal citation omitted)).

**PETITION FOR REVIEW DENIED**.